JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH R. MACNISH,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 09-1196-DMG (DTB)<br><br>**J U D G M E N T** |

  Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that Judgment is entered reversing the decision of the Commissioner of Social Security and remanding this matter for further administrative proceedings.

DATED:  May 4, 2010

                  /s/ Dolly M. Gee
                  DOLLY M. GEE
                  UNITED STATES DISTRICT JUDGE